UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ATLANTIC SPECIALTY INSURANCE COMPANY and SHINKONG INSURANCE CO., LTD.,

                    Plaintiffs,

-against-

CHINA INT'L FREIGHT CO., LTD.,

                    Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/16/2021_
```

21 Civ. 9195 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court intends to proceed under a master scheduling order for the cases steming from the losses on the M/V ONE APUS.  However, this will occur once the Defendants in each case are given an opportunity to appear and motions for default, if appropriate, are filed.  By **January 3, 2022**, the parties in this case shall file a joint letter containing: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s), (2) a brief description of any contemplated motions, (3) a statement informing the Court if a jury trial is being requested and the anticipated length of any trial, and (4) a statement informing the Court the prospect for settlement, including which form of alternative dispute resolution the parties which to engage in and when.  The deadline to file a case management plan is ADJOURNED *sine die*.

    SO ORDERED.

Dated: December 16, 2021
       New York, New York

                                                  ANALISA TORRES
                                                United States District Judge